IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR - 9 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA

v.                                    No. 2-26CR-025-Z

KELSI MARIE KARR

## INFORMATION

The United States Attorney charges:

### Count One
Theft, Embezzlement, or Misapplication by Bank Officer or Employee
(Violation of 18 U.S.C. § 656)

From in or about May 2025 and continuing until in or about July 2025, in the

Amarillo Division of the Northern District of Texas, and elsewhere, **Kelsi Marie Karr**,

defendant, being an officer, director, agent, and employee of, and connected in a capacity

with Western Bank, a national bank and federally insured bank, the deposits of which

were insured by the Federal Deposit Insurance Corporation, acting with intent to injure

and defraud the bank, did knowingly embezzle and willfully misapply funds and credits

belonging to and entrusted to the care of the bank.

In violation of Title 18, United States Code, Section 656.

Kelsi Marie Karr
Information– Page 1

RYAN RAYBOULD
UNITED STATES ATTORNEY


ANN HOWEY
Assistant United States Attorney
Texas State Bar No. 24032312
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:     806-472-7351
Facsimile:      806-472-7394
E-mail:          ann.howey@usdoj.gov